# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANTIEL CHAVEZ,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 76158

**FILED**

JUL 06 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a single district court order denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on April 19, 2018. The district court served notice of entry of that order on appellant on April 25, 2018. Appellant did not file the notice of appeal, however, until June 7, 2018, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-25755

cc: Hon. Linda Marie Bell, District Judge
Santiel Chavez
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A